IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRINCE R. ELLIS | : CIVIL ACTION |
| v. | : |
| BUREAU OF COMMISSIONS ELECTIONS AND LEGISLATION, et al.: | : NO. 13-3642 |

O R D E R

AND NOW, this 1st day of July, 2013, plaintiff having filed a civil complaint and a motion to proceed in forma pauperis, it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice. The instant action is one of four lawsuits that plaintiff filed in the Eastern District of Pennsylvania in a week. In his application to proceed in forma pauperis, he indicates that he was employed as recently as March of 2013, but is currently unemployed; he also indicates that he is or was receiving $12,000 from employment and unemployment payments of $1,950. Plaintiff's application does not disclose any income from his spouse, and indicates that he and his spouse do not expect any income next month, have no money in the bank, and have household expenses of $568. In contrast, in forma pauperis applications that he filed five days earlier indicate that plaintiff's wife recently earned a salary of $32,000 and may still be employed, that he and his spouse expect to receive at least $860 next month, that they have approximately $230 in the bank, and that their monthly expenses are under $400. See Ellis v. Armen of Ardmore, Civ. A. No. 3533 (E.D. Pa. Document No. 1); Ellis v. PEP Boys Auto, Civ. A. No. 13-3534 (E.D. Pa. Document

No. 1). In light of the discrepancies in plaintiff's *in forma pauperis* applications, the Court does not have a clear picture of plaintiff's financial status, and will deny him leave to proceed *in forma pauperis* on that basis. See *Roman v. Jeffes*, 904 F.2d 192, 194 n.1 (3d Cir. 1990) (in assessing a motion to proceed *in forma pauperis*, a district court must "evaluate[] [the] litigant's financial status").

2. If plaintiff intends to pursue this action, he shall, within thirty (30) days of the date of this order, either file an amended motion to proceed *in forma pauperis* that clearly reflects his household's current financial status and explains the above discrepancies, or pay the $350.00 filing fee and the $50.00 administrative fee to the Clerk of Court. Plaintiff is reminded that he must sign an affidavit of poverty in support of his application to proceed *in forma pauperis*, which is made under penalty of perjury. See 28 U.S.C. § 1746; see also 18 U.S.C. § 1621.

3. This case shall be marked CLOSED for statistical purposes.

BY THE COURT:

WILLIAM H. YOHN, JR., J.